

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A**., Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due November 16, 2018. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellant to file, by **December 10, 2018**, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court